IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RANDALL L. McDONALD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-879-C |
| | ) | |
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER OF DISMISSAL

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was

referred to United States Magistrate Judge Gary M. Purcell consistent with the provisions of

28 U.S.C. § 636(b)(1)(B).  On August 11, 2011, Judge Purcell entered a Report and

Recommendation concluding that because Petitioner had not paid the initial filing fee as

ordered, the action should be dismissed without prejudice.  Petitioner has not filed an

objection.

Accordingly, the Report and Recommendation is adopted, and this action is dismissed

without prejudice.

IT IS SO ORDERED this 21st day of September, 2011.

ROBIN J. CAUTHRON
United States District Judge